3777.    FLEMING *et al. v.* SMITH, Governor.

HILL, C. J.    Where a bond given in a criminal case was duly forfeited, and a rule nisi issued and scire facias served, and, before the term of the court to which the scire facias was made returnable, the principal voluntarily appeared in the sheriff's office in vacation, paid all the accrued costs of the forfeiture, and tendered a second bond, which was accepted and approved by the sheriff, sureties on the first bond were discharged from all further liability, and it was erroneous to enter against them a judgment absolute.  Penal Code (1910), §§ 959, 960.

*Judgment reversed.*

DECIDED MARCH 6, 1912.

Forfeiture of bond; from city court of Hartwell—Judge Hodges. September 1, 1911.

*A. A. McCurry,* for plaintiffs in error.

*J. Rod Skelton,* contra.

---

3779.    FULLER *v.* CLARK.

POTTLE, J.    No error of law was committed, and, the evidence being sufficient to support the verdict rendered by the jury in the justice's court, this court has neither the power nor the inclination to interfere with the judgment of the judge of the superior court refusing to sustain the certiorari.                    *Judgment affirmed.*

DECIDED MARCH 6, 1912.

Certiorari; from Gordon superior court—Judge Fite.  September 16, 1911.

*G. A. Coffee,* for plaintiff in error.  *F. A. Cantrell,* contra.